UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR,

        Petitioner,

v.

VIRGINIA COMPANY, *et al.*,

        Respondents.

CASE NO. 2:22-cv-01069-TL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed de novo the report and recommendation of Chief Magistrate Judge J. Richard Creatura (Dkt. No. 3), objections to the report and recommendation (Dkt. No. 4), and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the report and recommendation.

(2) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk is DIRECTED to send copies of this Order to petitioner and Chief Judge Creatura.

DATED this 5th day of October 2022.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1